DENISE DRUEDING v. CONSTANCE BRYSON.

May 18, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSE PEREZ.

May 18, 1982.

Petition for certification denied.

DORIS LUNDY v. AETNA CASUALTY AND SURETY COMPANY.

May 18, 1982.

Petition for certification granted.

MANUEL CANTON v. CNA INSURANCE GROUP.

May 18, 1982.

Petition for certification denied.

IN THE MATTER OF S. L.

May 18, 1982.

Petition for certification granted.